UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


FINLEY    v.    ROSE ART INDUSTRIES, et al.

DATE:   July 6, 2007     CASE NO.   2:06-cv-01661-RRB-CMK

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
GRANTING EXTENSION AND VACATING ORAL ARGUMENT**

---

The parties have filed a Joint Motion to Set New Scheduling Conference or to Amend Scheduling Order at Docket 41. The proposed dates set forth in the Joint Motion are hereby **ADOPTED**. Oral argument scheduled for August 8, 2007, is **vacated** and will be rescheduled if the Court determines oral argument necessary.