LAW OFFICES OF
**REINER, SIMPSON, TIMMONS**
**& SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Duane H. Timmons, State Bar No. 51710
Todd E. Slaughter, State Bar No. 87753
Stacy K. Larson, State Bar No. 238103

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

WILLIAM FINLEY, a minor, by and
through his guardian ad litem, Sara Finley,

    Plaintiff,

vs.

ROSE ART INDUSTRIES, INC., et al.,

    Defendants.

_____/

NO.  2:06-CV-01661-RRB-CMK

**NOTICE OF SETTLEMENT**

    PLEASE BE ADVISED that the above referenced matter has settled in its entirety as to all parties.   The parties, and their representatives, are working out the details of a structured settlement and plaintiff's counsel is preparing a minor's compromise to be filed with the Court shortly.   Thereafter, a Stipulation for Dismissal will be filed.

**Dated:  August 16, 2007**        **REINER, SIMPSON, TIMMONS**
                                    **& SLAUGHTER**

                              **/s/ ROBERT G. SIMPSON**
           **By** _____
                       **ROBERT G. SIMPSON**
                       **Attorneys for Plaintiff**