IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM FINLEY, a minor, by and
through his Guardian ad Litem,
SARA FINLEY,

      Plaintiff,

vs.

FIRST NATIONAL SURETY
COMPANY OF AMERICA, and
DOES 1 through 10 inclusive,

      Defendants.

No. CIV S-06-1661 RRB CMK

ORDER

Pursuant to the representations of counsel for plaintiff in his notice of settlement filed on August 16, 2007, the further Settlement Conference, currently set for August 30, 2007, is VACATED.

SO ORDERED.

DATED: August 30, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE