LAW OFFICES OF
**REINER, SIMPSON, TIMMONS & SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA 96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Duane H. Timmons, State Bar No. 51710
Todd E. Slaughter, State Bar No. 87753
Stacy K. Larson, State Bar No. 238103

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FINLEY, a minor, by and through his guardian ad litem, Sara Finley, <br><br>Plaintiff, <br><br>vs. <br><br>ROSE ART INDUSTRIES, INC., believed to be a New Jersey corporation; TOYS 'R' US, an unknown business entity; MEGABLOKS, INC., a Canadian corporation; MEGA BRANDS, INC., a Canadian corporation; and DOES 1 through 100, inclusive, <br><br>Defendants. <br>_____/ | NO. 2:06-CV-01661-DFL-CMK <br><br>**PROPOSED ORDER APPROVING MINOR'S COMPROMISE SETTLEMENT** |

## ORDER APPROVING MINOR'S COMPROMISE SETTLEMENT

The petition of SARA FINLEY, as guardian ad litem, hereinafter called "Petitioner," for approval of the proposed compromise of the above-named minor against Rose Art Industries, hereinafter "Rose Art," and Mega Brands, Inc., hereinafter "Mega Brands," came on regularly for hearing on _____ in the above-entitled Court.

---

1
PROPOSED ORDER APPROVING MINOR'S COMPROMISE SETTLEMENT

Upon the evidence introduced, the Court finds that the facts set forth in said Petition are true; the proposed Minor's Compromise Settlement is fair to the minor, thereby adequately protecting the minor's interests; and the proposed attorney's fees and costs are reasonable.

IT IS THEREFORE ORDERED AND ADJUDGED that the Court approves Plaintiff's Petition for Approval of Minor's Compromise Settlement in the above-captioned action (#2:06-CV-01661-DFL-CMK) and the proceeds of such settlement be paid and used in the manner hereinafter specifically provided. The case shall be settled for the gross amount of $387,500.00. Of this total gross amount, $350,000 shall be paid by Rose Art Industries, Inc., and $37,500.00 shall be paid by Mega Brands, Inc., and distributed as follows:

1. $20,000 of this total gross settlement to be distributed immediately to Sara Finley, guardian ad litem and mother of minor plaintiff, William Finley, to allow William's family to establish a stable home, working transportation, and provide for William's dietary needs.
2. $50,000 of this total gross settlement to be placed in a blocked, interest-bearing account for emergency medical expenses anticipated for minor William Finley.
3. $3,673.05 of this total gross amount to pay outstanding medical bills and expenses as detailed herein.
4. $155,000 of this total gross amount to pay outstanding attorneys' fees.
5. $19,765.65 of this total gross amount to pay outstanding attorneys' costs.
6. $37,500.00 to be used to fund a payout by Mega Brands such that Plaintiff will receive $5,000.00 semi annually beginning 7/1/2019 and ending 1/1/2024; and $508.43 per month beginning 7/1/2019 and ending 6/1/2024 for a total payout of $80,506 to assist William with college expenses.
7. $100,000 to be used to fund a payout by Rose Art of $100,000 upon

2
PROPOSED ORDER APPROVING MINOR'S COMPROMISE SETTLEMENT

William's thirtieth birthday; $200,000 upon William's fortieth birthday; and $418,000 upon William's fiftieth birthday.

8. The remaining amount, approximately $1561.30, to be placed in a blocked account in a financial institution and not disbursed further absent a court order.

9. Pursuant to California Rules of Court (Probate) Rule 7.953, a certified or filed endorsed copy of this order must be delivered to a manager at the financial institution where the funds are to be deposited, and a receipt from the financial institution must be promptly filed with this court, acknowledging receipt of both the funds deposited and the order for deposit of funds, except that the following disbursements may be made without a court order.

SO ORDERED, this _____ day of October, 2007.

_____
U.S. District Court Judge

Dated: October ___, 2007

REINER, SIMPSON, TIMMONS
& SLAUGHTER, LLP

By:_____
Robert G. Simpson
Attorney for Plaintiff