LAW OFFICES OF
**REINER, SIMPSON TIMMONS & SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Duane H. Timmons, State Bar No. 51710
Todd E. Slaughter, State Bar No. 87753
**Stacy K. Larson, State Bar No. 238103**

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FINLEY, a minor, by and through his guardian ad litem, Sara Finley,<br><br>            Plaintiff,<br><br>vs.<br><br>ROSE ART INDUSTRIES, INC., believed to be a New Jersey corporation; TOYS 'R' US, an unknown business entity; MEGABLOKS, INC., a Canadian corporation; MEGABRANDS, INC., a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants.<br>___  _____ / | NO. 2:06-CV-01661-DFL-CMK<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME; DECLARATION OF ROBERT G. SIMPSON; ORDER THEREON**<br><br>DATE:   TBA<br>TIME:   TBA<br>DEPT:   TBA |

WILLIAM FINLEY, by and through his guardian ad litem, Sara Finley, respectfully requests that this Court grant an order pursuant to Local Rule 6-144, subdivision (e), to shorten time to hear Plaintiff's PETITION FOR APPROVAL OF MINOR'S COMPROMISE SETTLEMENT based on the facts contained herein.

PDF created with pdfFactory trial version www.pdffactory.com

## DECLARATION OF ROBERT G. SIMPSON

I, Robert G. Simpson, declare the following:

1. I am an attorney licensed to practice law before all courts of the State of California, and the United States District Court of the Eastern District of California, and am a member of the law firm Reiner, Simpson, Timmons & Slaughter, attorneys for the plaintiff. As such, I am fully familiar with the facts and circumstances of this action of my own personal knowledge and, if called to testify thereto, could and would competently so testify.

2. Pending the Court's approval, this case has settled in its entirety.

3. The proposed settlement in this case includes a $100,000 payout by Rose Art Industries, Inc., which will be used to fund an annuity plan, which is guaranteed to pay Plaintiff $100,000 upon his thirtieth birthday; $200,000 upon his fortieth birthday; and $418,000 upon William's fiftieth birthday.

4. Good cause exists for setting the hearing on this motion without the usual notice because the proposed annuity plan must be funded no later than October 15, 2007, to protect its guaranteed status.

5. Counsel for Rose Art Industries, Inc., Mega Blocks, Inc., and Mega Brands, Inc. agree to this proposed order to shorten time.

6. Plaintiff therefore requests that he be permitted to set his motion for hearing no later than October 8, 2007, and to serve notice of same by facsimile transmission within twenty-four hours of receiving the Court's notification of the hearing's date and time.

I declare under penalty of perjury under the laws of the State of

PDF created with pdfFactory trial version www.pdffactory.com

California that the foregoing is true and correct.  Executed the 20th day of September, 2007, at Redding, California.

By: /s/_____
ROBERT G. SIMPSON
Attorneys for Plaintiff

### ORDER

GOOD CAUSE APPEARING, it is ordered that:

1. Plaintiff William Finley is hereby permitted to set his PETITION FOR APPROVAL OF MINOR'S COMPROMISE SETTLEMENT on Tuesday, October 9, 2007 at 2:00 P.M. (1:00 P.M. AK) via <u>teleconference</u>.  The parties shall telephone the court at (907) 677-6246.

2. Plaintiff William Finley is hereby permitted to serve notice of said hearing by facsimile transmission.

Dated   October 3, 2007

/s/Ralph R. Beistline_____
HON. RALPH R. BEISTLINE
U. S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

I, the undersigned, at Redding, California, certify to be true, that I am over the age of 18 years of age, and not a party to the within action; my business address is 2851 Park Marina Drive, Suite 200, Redding, California 96001.

I am familiar with this company's practice of placing its daily mail, with postage prepaid thereon, in a designated area for deposit in a U.S. mailbox in the City of Redding, California, after the close of the day's business. On the date shown below, I served the following document:

**PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME; DECLARATION OF ROBERT G. SIMPSON; ORDER THEREON**

\_\_\_\_  on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid thereon, and placing said envelope in the area designated for outgoing daily mail, addressed as set forth below.

\_\_XX\_\_  by facsimile transmission, reported as complete and without error, to the person(s) and number(s) set forth below: and a transmission report properly issued by the transmitting machine: **FAX:**

| | |
|---|---|
| Gregory Dyer<br>JONES & DYER<br>1800 J Street<br>Sacramento, CA 95814<br>916/552-5959 tel<br>916/442-5959 fax<br>***Counsel for Defendant Mega Brands, Inc.*** | Andrea Miller<br>NAGELEY, MEREDITH & MILLER<br>8001 Folsom Blvd., Suite 100<br>Sacramento, CA 95826<br>916/386-8282 tel<br>916/386-8952 fax<br>***Counsel for Rose Art, Inc., et. al., and Toys 'R' Us, Inc.*** |

I declare, under penalty of perjury according to the laws of the State of California, that the foregoing is true and correct. Executed September \_\_\_\_, 2007 at Redding, California

_____
LINDA SCOUBES

PDF created with pdfFactory trial version www.pdffactory.com