1

LAW OFFICES OF
**REINER, SIMPSON**
**& SLAUGHTER**

2

2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

3

4

5

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Todd E. Slaughter, State Bar No. 87753
Stacy K. Larson, State Bar No. 238103

6

7

Attorneys for Plaintiff

8

9

## UNITED STATES DISTRICT COURT

10

## EASTERN DISTRICT OF CALIFORNIA

11

12

WILLIAM FINLEY, a minor, by and
through his guardian ad litem, Sara Finley,

NO.  2:06-CV-01661-JAM-CMK

13

Plaintiff,

**STIPULATION FOR DISMISSAL WITH**
**PREJUDICE; ORDER**

14

vs.

15

ROSE ART INDUSTRIES, INC., believed
    to be a New Jersey corporation;
TOYS 'R' US, an unknown business entity;
MEGABLOKS, INC., a Canadian
    corporation;
MEGA BRANDS, INC., a Canadian
    corporation;
and DOES 1 through 100, inclusive,

16

17

18

19

20

Defendants.

_____/

21

22

    By and through their attorneys of record, plaintiff WILLIAM FINLEY, a

23

minor, by and through his guardian ad litem, Sara Finley and defendants ROSE ART

24

INDUSTRIES, INC., TOYS 'R' US, MEGABLOKS, INC., MEGA BRANDS, INC.

25

(collectively "Defendants"), hereby agree and stipulate as follows:

26

    WHEREAS, Plaintiff and Defendants have resolved their dispute in this matter;

27

    THEREFORE, the parties stipulate, and request that the Court enter an Order, as

28

follows:

1      (1)    Plaintiffs' lawsuit is dismissed with prejudice;

2      (2)    Each party shall bear his, her or their own costs and fees, including attorneys'

3      fees, with respect to this lawsuit.

Dated: April 22, 2008        REINER, SIMPSON & SLAUGHTER, LLP

By ROBERT G. SIMPSON
Attorneys for Plaintiff

Dated: April _____, 2008      NAGELEY, MEREDITH & MILLER, INC.

By _____
ANDREA M. MILLER
Attorneys for Defendants
ROSE ART INDUSTRIES, INC.
And TOYS R US, INC.

Dated: April _____, 2008      JONES & DYER

By _____
GREGORY F. DYER
Attorneys for Defendants
MEGA BRANDS, INC. and
MEGA BLOKS, INC. et al.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

1    (1)    Plaintiffs' lawsuit is dismissed with prejudice;

2    (2)    Each party shall bear his, her or their own costs and fees, including attorneys'

3    fees, with respect to this lawsuit.

Dated: April 22, 2008

REINER, SIMPSON & SLAUGHTER, LLP

By _____
ROBERT G. SIMPSON
**Attorneys for Plaintiff**

Dated: April 24, 2008

NAGELEY, MEREDITH & MILLER, INC.

By _____
ANDREA M. MILLER
**Attorneys for Defendants
ROSE ART INDUSTRIES, INC.
And TOYS R US, INC.**

Dated: April _____, 2008

JONES & DYER

By _____
GREGORY F. DYER
**Attorneys for Defendants
MEGA BRANDS, INC. and
MEGA BLOKS, INC. et al.**

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL WITH PREJUDICE

1    (1)    Plaintiffs' lawsuit is dismissed with prejudice;

2    (2)    Each party shall bear his, her or their own costs and fees, including attorneys'

3           fees, with respect to this lawsuit.

4

5    Dated: April  22, 2008              REINER, SIMPSON & SLAUGHTER, LLP

6                                        By _____

7                                           ROBERT G. SIMPSON
                                            Attorneys for Plaintiff
8

9    Dated: April _____, 2008            NAGELEY, MEREDITH & MILLER, INC.

10

11                                       By _____

12                                          ANDREA M. MILLER
                                            Attorneys for Defendants
13                                          ROSE ART INDUSTRIES, INC.
                                            And TOYS R US, INC.
14

15   Dated: April  25, 2008              JONES & DYER

16

17                                       By _____
                                            GREGORY F. DYER
18                                          Attorneys for Defendants
                                            MEGA BRANDS, INC. and
19                                          MEGA BLOKS, INC. et al.

20   IT IS SO ORDERED.

21   DATED: _____

22                                          _____
                                            UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28