LAW OFFICES OF
**REINER, SIMPSON & SLAUGHTER**
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA  96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Robert G. Simpson, State Bar No. 67556
Todd E. Slaughter, State Bar No. 87753
Stacy K. Larson, State Bar No. 238103

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FINLEY, a minor, by and through his guardian ad litem, Sara Finley,<br><br>    Plaintiff,<br><br>vs.<br><br>ROSE ART INDUSTRIES, INC., believed to be a New Jersey corporation; TOYS 'R' US, an unknown business entity; MEGABLOKS, INC., a Canadian corporation; MEGA BRANDS, INC., a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | NO.  2:06-CV-01661-JAM-CMK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

By and through their attorneys of record, plaintiff WILLIAM FINLEY, a minor, by and through his guardian ad litem, Sara Finley and defendants ROSE ART INDUSTRIES, INC., TOYS 'R' US, MEGABLOKS, INC., MEGA BRANDS, INC. (collectively "Defendants"), hereby agree and stipulate as follows:

WHEREAS, Plaintiff and Defendants have resolved their dispute in this matter;

THEREFORE, the parties stipulate, and request that the Court enter an Order, as follows:

PDF created with pdfFactory trial version www.pdffactory.com

(1)  Plaintiffs' lawsuit is dismissed with prejudice;

(2)  Each party shall bear his, her or their own costs and fees, including attorneys' fees, with respect to this lawsuit.

Dated: April _____, 2008           **REINER, SIMPSON & SLAUGHTER, LLP**

By _____
    **ROBERT G. SIMPSON**
    **Attorneys for Plaintiff**

Dated: April _____, 2008           **NAGELEY, MEREDITH & MILLER, INC.**

By _____
    **ANDREA M. MILLER**
    **Attorneys for Defendants**
    **ROSE ART INDUSTRIES, INC.**
    **And TOYS R US, INC.**

Dated: April _____, 2008           **JONES & DYER**

By _____
    **GREGORY F. DYER**
    **Attorneys for Defendants**
    **MEGA BRANDS, INC. and**
    **MEGA BLOKS, INC. et al.**

IT IS SO ORDERED.

DATED:  May 6, 2008

/s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com