LAW OFFICES OF
REINER, SLAUGHTER
& FRANKEL, LLP
2851 Park Marina Drive, Suite 200
Post Office Box 494940
Redding, CA 96049-4940
(530) 241-1905
FAX (530) 241-0622

Russell Reiner, State Bar No. 84461
Todd E. Slaughter, State Bar No. 87753
Rick Lundblade, State Bar No. 220662
April K. Stratte, State Bar No. 290423

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FINLEY, a minor, by and through his guardian ad litem, Sara Finley,<br><br>Plaintiff,<br><br>vs.<br><br>ROSE ART INDUSTRIES, INC., believed to be a New Jersey corporation;<br>TOYS 'R' US, an unknown business entity;<br>MEGABLOKS, INC., a Canadian corporation;<br>MEGA BRANDS, INC., a Canadian corporation;<br>and DOES 1 through 100, inclusive,<br><br>Defendants. | NO. 2:06-CV-01661-JAM-CMK<br><br>[~~PROPOSED~~ JAM] ORDER GRANTING EX PARTE PETITION TO WITHDRAW FUNDS FROM BLOCKED ACCOUNT |

Having reviewed and considered WILLIAM FINLEY LARKINS' (formerly known as WILLIAM FINLEY) ex parte petition to withdraw funds from blocked account and good cause appearing:

///

///

///

1
[PROPOSED] ORDER GRANTING EX PARTE PETITION TO WITHDRAW FUNDS FROM BLOCKED ACCOUNT

IT IS HEREBY ORDERED that William Finley Larkins be permitted to withdraw the funds from the blocked account number 2200006030, with the account to be closed immediately thereafter.

Dated: February 25, 2020

_____
U.S. DISTRICT COURT JUDGE